1 | ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
2 | ROBERT R. BARNES (BAR NO. 144881)
    YALE K. KIM (BAR NO. 188895)
3 | 515 South Figueroa Street, Ninth Floor
    Los Angeles, California 90071-3309
4 | Phone: (213) 622-5555
    Fax: (213) 620-8816
5 | E-Mail: bbarnes@allenmatkins.com
             ykim@allenmatkins.com
6 |
    D. GERBER LAW OFFICES
7 | DAVID A. GERBER (BAR NO. 76509)
    2741 S. Victoria Avenue, Suites C & D
8 | Oxnard, California 93035
    Phone: (805) 382-8760
9 | Fax: (805) 382-8768
    Email: dgerberlaw@@verizon.net
10 |
    Attorneys for Defendant and Appellant
11 | STARCREST PRODUCTS OF CALIFORNIA, INC.

**FILED**

**JUL 09 2009**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

2009 JUL 21  AM 10: 15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY
NL

FILED

12 |

13 |               UNITED STATES BANKRUPTCY COURT

14 |     CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

15 |                         **CV09-5301DDP**

16 | In re                          | Case No. LA 07-16302-EC

17 | DELTA ENTERTAINMENT
     CORPORATION,
18 |                                | NOTICE OF APPEAL
              Debtor.
19 |                                | Judge: Hon. Ellen Carroll

20 | THOMAS S. PACCIORETTI AS
     LIQUIDATING TRUSTEE FOR DELTA
21 | ENTERTAINMENT CORPORATION,

22 |          Plaintiff,            | ADVERSARY NO. 08-01713-EC

23 |       vs.

24 | STARCREST OF CALIFORNIA, INC.; DOES
     1-10, inclusive,
25 |
              Defendants.
26 |

27 |

28 |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

832402.02/LA                    NOTICE OF APPEAL

1  Defendant and Appellant Starcrest Products of California, Inc. ("Starcrest") appeals under

2  28 U.S.C. § 158(a) or (b), from both (i) the Order ("Broadway Advisors Order") Granting Motion

3  of Broadway Advisors, LLC for Reconsideration of Order Dismissing Adversary Proceeding,

4  entered by this Court in this adversary proceeding on June 15, 2009 (ECF Docket # 35), and for

5  which the Court entered an order denying Starcrest's Motion for Reconsideration of that Broadway

6  Advisors Order on July 2, 2009 (ECF Docket # 50) ("Starcrest Order"), and (ii) the Starcrest Order

7  (collectively, the "Orders").

8  The names of all parties to the Orders appealed from and the names, addresses, telephone,

9  fax numbers, and e-mails of their respective attorneys are as follows:

10  Appellant/Defendant Starcrest Products of California, Inc.

11  c/o: Robert R. Barnes, Esq. (Email: bbarnes@allenmatkins.com)
Yale K. Kim, Esq. (Email: ykim@allenmatkins.com)

12  Allen Matkins Leck Gamble Mallory & Natsis LLP

13  515 S. Figueroa Street, 9th Floor
Los Angeles, California 90071

14  Telephone: (213) 622-5555
Facsimile: (213) 620-8816

15

16  and

17  David A. Gerber, Esq. (Email: dgerberlaw@verizon.net)
D. Gerber Law Offices

18  2741 S. Victoria Ave., Suites C & D
Oxnard, CA 93035

19  Telephone: (805) 382-8760
Facsimile: (805) 382-8768

20

21  Appellee/Plaintiff Thomas S. Paccioretti, as Liquidating Trustee

22  c/o: Edward S. Kim, Esq. (Email: ekim@hemar-rousso.com)
Hemar, Rousso & Heald, LLP

23  15910 Ventura Blvd., 12th Floor
Encino, California 91436

24  Telephone: (818) 501-3800
Facsimile: (818) 501-2985

25

26  and

27

28

1  Appellee/Interested Party Broadway Advisors, LLC

2  Samuel R. Maizel, Esq. (Email: smaizel@pszjlaw.com)
   Scotta E. McFarland, Esq. (Email: smcfarland@pszjlaw.com)
3  Pachulski Stang Ziehl & Jones LLP
   10100 Santa Monica Blvd., 11th Floor
4  Los Angeles, California 90067-4100
5  Telephone: (310) 277-6910
   Facsimile: (310) 201-0760
6

7

8  Dated:  July 8, 2009                          Respectfully submitted,

9                                                ALLEN MATKINS LECK GAMBLE
                                                    MALLORY & NATSIS LLP
10                                               ROBERT R. BARNES
11                                               YALE K. KIM

12                                               D. GERBER LAW OFFICES
                                                 DAVID A. GERBER
13
                                                 By: _Robert R. Barnes_  _by_  _Yale Kim_
14                                                     ROBERT R. BARNES
                                                 Attorneys for Defendant and Appellant
15                                               STARCREST PRODUCTS OF CALIFORNIA,
16                                               INC.

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEAL

FILED & ENTERED

JUL 10 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DELTA ENTERTAINMENT CORPORATION,<br><br><br><br><br>Debtor. | Case No.: 2:07-bk-16302-EC<br><br>Chapter: 11 |
| THOMAS S. PACCIORETTI as Liquidating<br>Trustee for Delta Entertainment Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STARCREST OF CALIFORNIA, INC.;<br>DOES 1-10, inclusive,<br><br>Defendants. | Adversary No.: 2:08-ap-01713-EC<br><br>ORDER DENYING DEFENDANT'S MOTION<br>FOR RECONSIDERATION<br><br>(No hearing required) |

Defendant Starcrest of California, Inc.'s (the "Defendant") motion for reconsideration (the "Motion") of the order granting Broadway Advisors, LLC's motion for reconsideration (the "June 15, 2009 Order") came before this court without a hearing. The court having reviewed the Motion, it appearing that the Motion is based upon the Defendant's assertion that the court committed

1    clear error in entering the June 15, 2009 Order, and the court finding no clear error in the entry of the

2    June 15, 2009 Order,

3         IT IS HEREBY ORDERED that the Motion is denied.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25     *Ellen Carroll*

26    DATED: July 2, 2009        _____

27

28

-2

**NOTE TO USERS OF THIS FORM:**

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I. below:** The United States trustee and case trustee (if any) will always be in this category.
4) **Category II. below:** List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 7/2/09, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Yale K. Kim: ykim@allenmatkins.com
Wayne R. Terry: wterry@hemar-rousso.com
Samuel R. Maizel: smaizel@pszjlaw.com, smaizel@pszjlaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**PACHULSKI STANG ZIEHL & JONES LLP**
Samuel R. Maizel, Esq. (SBN 1023000)
Scotta E. McFarland, Esq. (SBN 165391)
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067
Telephone:   (310) 277-6910
Facsimile:   (310) 201-0760
Email: smaizel@pszjlaw.com

Attorneys for Broadway Advisors, LLC,
Liquidating Trustee

**HEMAR, ROUSSO & HEALD, LLP**
Wayne R. Terry, Esq. (SBN 134685)
Edward S. Kim, Esq. (SBN 249818)
15910 Ventura Boulevard, Twelfth Floor
Encino, CA 91436
Telephone:   (818) 501-3800
Facsimile:   (818) 501-2985

Special Counsel for Broadway Advisors, LLC,
Liquidating Trustee

FILED & ENTERED

JUN 15 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

... 'S MADE BY COURT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

DELTA ENTERTAINMENT
CORPORATION,

Debtor.

THOMAS S. PACCIORETTI, AS
LIQUIDATING TRUSTEE FOR DELTA
ENTERTAINMENT CORPORATION,

Plaintiff,

vs.

STARCREST PRODUCTS OF
CALIFORNIA, INC.; DOES 1-10,
inclusive,

Defendants.

CASE NO. 2:07-bk-16302-EC

Chapter 11

ADVERSARY NO. 08-01713-EC

**ORDER GRANTING MOTION OF
BROADWAY ADVISORS, LLC FOR
RECONSIDERATION OF ORDER
DISMISSING ADVERSARY
PROCEEDING**

**Hearing:**
Date:   April 29, 2009
Time:   3:00 p.m.
Place:  255 E. Temple Street
        Courtroom 1634
        Los Angeles, CA 90012
Judge:  Honorable Ellen Carroll

17988-002\DOCS_LA:201560.1

1    At the above-referenced time, date and location, a hearing was held on the Motion of

2    Broadway Advisors, LLC (the "Liquidating Trustee"), for reconsideration of the Court's order

3    dismissing the above-referenced adversary proceeding (the "Motion").  Samuel R. Maizel of

4    Pachulski Stang Ziehl & Jones LLP and Wayne R. Terry of Hemar, Russo Heald, LLP appeared on

5    behalf of the Liquidating Trustee; David Gerber, Esq. appeared on behalf of Starcrest Products of

6    California, Inc.

7    The Court, after consideration of the Motion, Starcrest Products of California, Inc.'s

8    Opposition, the arguments presented at the hearing on the Motion, and the records and files in this

9    adversary proceeding, and good cause appearing therefor,

10    **IT IS HEREBY ORDERED**:

11    1.    The Motion is granted for the reasons stated in the record.

12    2.    The order dismissing this adversary proceeding is hereby vacated.

13    3.    The above-referenced adversary proceeding is hereby re-instated on the active docket

14    and all prior orders establishing schedules and deadlines are effective.

15

16    ###

17

18

19

20

21

22

23

24    DATED: June 15, 2009

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| In re: Delta Entertainment Corporation | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-01713 EC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Pachulski Stang Ziehl & Jones, LLP, 10100 Santa Monica Blvd., Suite 1100, Los Angeles, CA 90067

The foregoing document described **ORDER GRANTING MOTION OF BROADWAY ADVISORS, LLC FOR RECONSIDERATION OF ORDER DISMISSING ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 12, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **May 12, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| **VIA OVERNIGHT MAIL**<br>Honorable Ellen Carroll<br>United States Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012-3300 | **VIA U.S. MAIL**<br>Delta Entertainment<br>Attn:  Wolfgang Fetten<br>1663 Sawtelle Blvd., Suite 230<br>Los Angeles, CA  90025 |
|---|---|
| **VIA U.S. MAIL**<br>Broadway Advisors, LLC<br>Attn:  Tom Paccioretti<br>333 Grand Avenue, Suite 4200<br>Los Angeles, CA  90071 | **VIA U.S. MAIL**<br>Starcrest Products of California, Inc.<br>c/o David A. Gerber, Esq.<br>Gerber Law Offices<br>2741 S. Victoria Ave., Suites C&D<br>Oxnard, CA 93035 |

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 12, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 12, 2009 | Jennifer L. Palmer | /s/ Jennifer L. Palmer |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                             **F 9013-3.1**

| In re: Delta Entertainment Corporation | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-01713 EC |

## NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

2) The title of the judgment or order and all service information must be filled in by the party lodging the order.

3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.

4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION OF BROADWAY ADVISORS, LLC FOR RECONSIDERATION OF ORDER DISMISSING ADVERSARY PROCEEDING** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May 12, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**

- Sara Chenetz    schenetz@sonnenschein.com
- Scott C Clarkson    sclarkson@lawcgm.com
- Robert S. Coldren    nbroders@hkclaw.com, courtdocs@hkclaw.com
- Richard W Esterkin    resterkin@morganlewis.com
- Robert D Ginter    dginter@downeybrand.com, sheaton@downeybrand.com
- Virginia Hoyt    scif.legal.bk@scif.com
- Yale K Kim    ykim@allenmatkins.com
- James T King    king@kingobk.com
- David B Lally    davidlallylaw@gmail.com
- Joy E Levy    ecf@ebg-law.com, jlevy@ebg-law.com
- Adam A Lewis    alewis@mofo.com
- Gabriel Liao    gliao@perkinscoie.com
- Kerri A Lyman    klyman@irell.com
- Samuel R Maizel    smaizel@pszjlaw.com, smaizel@pszjlaw.com
- Craig G Margulies    cmargulies@lm-lawyers.com
- Jock Marlo    mmesaros@hkclaw.com
- Eve A Marsella    emarsella@lawcgm.com
- Scotta E McFarland    smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
- Stephen S Monroe    smonroe@davidbloomlaw.com
- Kevin H Morse    khmorse@arnstein.com
- Keith C Owens    kowens@foley.com
- Jeffrey M. Reisner    jreisner@irell.com
- Cassandra J Richey    cmartin@pprlaw.net
- Adam M Starr    starra@gtlaw.com
- Wayne R Terry    wterry@hemar-rousso.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**SERVED BY THE COURT VIA U.S. MAIL**

Delta Entertainment
Attn: Wolfgang Fetten
1663 Sawtelle Blvd., Suite 230
Los Angeles, CA 90025

Starcrest Products of California, Inc.
c/o David A. Gerber, Esq.
Gerber Law Offices
2741 S. Victoria Ave., Suites C&D
Oxnard, CA 93035

Broadway Advisors, LLC
Attn: Tom Paccioretti
333 Grand Avenue, Suite 4200
Los Angeles, CA 90071